1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

MacDowell *et al.*,

               Plaintiffs,

    v.

Permian Resources Corp. *et al.*,

               Defendants.

Case No. 2:24-cv-00325-GMN-EJY

**Order Transferring Case**

11
12
13
14
15
16
17
18
19

      This matter is before the Court on its review of the docket.  The above-captioned case has similar defendants and similar underlying allegations as other cases filed in this district.  *See These Paws Were Made for Walkin' LLC, et al. v. Permian Resources Corp., et al.*, 2:24-cv-00164-GMN-NJK, at ECF No. 8 (consolidating three cases against Permian Resources Corp. and similar defendants under case number 2:24-cv-00103-GMN-MDC).  Although this case is not ripe for consolidation with these other cases at this time, the undersigned magistrate judge, assigned district judge, and magistrate judge assigned to the consolidated actions have consulted and agreed that the judges handling the consolidated action should also handle this action to preserve Court resources.  *See* Fed. R. Civ. P. 42(a)(3); LR 42-1(b).

20
21
22
23
24
25
26  ///
27  ///
28  ///

1     **IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to remove the

2 Honorable Magistrate Judge Elayna J. Youchah from this case and replace her with the

3 Honorable Magistrate Judge Maximiliano D. Couvillier III.

4

5     DATED: February 23, 2024

6

7

8 _____

GLORIA M. NAVARRO
9 UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28